**Order entered December 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00999-CR
No. 05-19-01001-CR

**PABLO PACHECORAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-76295-V & F17-76296-V**

## ORDER

Before the Court is appellant's December 23, 2019 amended second motion for extension of time to file his brief. In the motion, appellant notes that State's exhibit 36 is missing from the reporter's record. Our review of the reporter's record confirms that State's exhibit 36 is missing as are State's exhibits 10, 11, and 12.

We **ORDER** a supplemental reporter's record containing State's exhibits 10, 11, 12, and 36 filed by **JANUARY 10, 2020**.

We defer ruling on appellant's extension motion until the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Debi Harris, court reporter, Auxiliary Court No. 8; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE